**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pena, Marisol** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6162** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1829 Waverly Way**<br>**Montgomery, IL**<br><br>ZIP CODE **60538** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.3.1, ID 0440503399)*

B1 (Official Form 1) (4/10)

| **Voluntary Petition** | Name of Debtor(s):  **Marisol Pena** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:  **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X** _/s/ David Linde_ _____ 6/7/2011  ‾‾‾‾David Linde‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.3.1, ID 0440503399)*

B1 (Official Form 1) (4/10)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Marisol Pena** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Marisol Pena**
  **Marisol Pena**

X _____

_____
Telephone Number (If not represented by attorney)

**6/7/2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ David Linde**
  **David Linde**        Bar No. **6209104**

**The Fox Valley Legal Group, LLC**
**1444 N. Farnsworth Ave.**
**Suite 113**
**Aurora, IL 60505**

Phone No.**(630) 898-6500**    Fax No.**(630) 405-6784**

6/7/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

X _____

_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Marisol Pena**                                                              Case No. _____

                                                                                                            (if known)

             Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Marisol Pena**                                                      Case No. _____

                                                                                              (if known)

                    Debtor(s)


# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*


☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.


**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:  **/s/ Marisol Pena**_____
                              Marisol Pena

Date: _____**6/7/2011**_____

B6F (Official Form 6F) (12/07)

In re  **Marisol Pena**                                          Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **14041308**<br>**Academy Collection Service**<br>**10965 Decatur Rd.**<br>**Philadelphia, PA 19154-3210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citi**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **7138774**<br>**ADT Security Services**<br>**PO Box 650485**<br>**Dallas, TX 75265-0485** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS:<br>**For service at 4507 W. Lawrence Ave.,**<br>**Chicago, IL 60630** | | | | **$879.00** |
| ACCT #:  **3 0480 0019843**<br>**Allied Waste Services**<br>**PO Box 9001154**<br>**Louisville, KY 40290-1154** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS: | | | | **$222.00** |
| ACCT #:  **704550804980**<br>**AMCA Collection Agency**<br>**PO Box 1235**<br>**Elmsford, NY 10523-0935** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Laboratory Corp. of America**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **007 086 734 83**<br>**American Family Insurance**<br>**Madison, WI 53777-0001** | | - | DATE INCURRED:  **03/2011**<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS: | | | | **$154.00** |
| ACCT #:  **24121741**<br>**Argent Healthcare Financial**<br>**7650 Magna Dr.**<br>**Belleville, IL 62223** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | **$326.00** |
| | | | | | Subtotal > | | **$1,581.00** |
| | | | | | | Total > | |

_____**13**_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisol Pena**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **36942502**<br>**Asset Acceptance, LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED:  **04/2008**<br>CONSIDERATION:<br>**Collecting for - Ballys**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **611503-6**<br>**Associated Creditors Exchange**<br>**3443 N. Central Ave.  Ste. 1100**<br>**Phoenix, AZ 85012** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - HFC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **106041831 4**<br>**AT&T**<br>**PO Box 1857**<br>**Alpharetta, GA 30023** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$149.00** |
| ACCT #:<br>**ATG Credit, LLC**<br>**PO Box 14895**<br>**Chicago, IL 60614-4895** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Valley Imaging Consultants**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **000002.60E+12**<br>**Ballys Total Fitness Corp.**<br>**12440 E. Imperial Hwy.   Suite 300**<br>**Norwalk, CA 90650** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Membership**<br>REMARKS: | | | | **$605.00** |
| ACCT #:  **4313-0273-3250-8495**<br>**Bank of America**<br>**Attn: Bankruptcy NC4-105-03-14**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | | | DATE INCURRED:  **01/1990**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$9,220.00** |

Sheet no. _____**1**_____ of _____**13**_____ continuation sheets attached to                                    Subtotal >           **$9,974.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                          **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisol Pena**                                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **84699249**<br>**Bay Area Credit Service, LLC**<br>**1901 W. 10th St.**<br>**Antioch, CA 94509** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - AT&T**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **41173300554510**<br>**Beneficial / HFC**<br>**Attn: Bankruptcy**<br>**PO Box 3425**<br>**Buffalo, NY 14240** | | - | DATE INCURRED:  **08/2004**<br>CONSIDERATION:<br>**Installment Sales Contract**<br>REMARKS: | | | | **$804.00** |
| ACCT #:  **09 M1 196312**<br>**Blatt Hasenmiller Leibsker & Moore**<br>**125 S. Wacker    Suite 400**<br>**Chicago, IL 60606** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorneys for Capital One Bank (USA)**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **1210233**<br>**Brennan & Clark, Ltd.**<br>**721 E. Madison    Ste. 200**<br>**Villa Park, IL 60181** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **5291152278008814**<br>**Capital One, N.A.**<br>**Attn.: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | | DATE INCURRED:  **12/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Lawsuit Case No.:  09 M1 196312** | | | | **$2,476.00** |
| ACCT #:  **16-5130730**<br>**CCA**<br>**PO Box 439**<br>**Norwell, MA 02061-0439** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Monitronics**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**2**_____ of _____**13**_____ continuation sheets attached to                                    Subtotal >          **$3,280.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisol Pena**                                        Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **IL 3630750**<br>**Chicago Dept. of Revenue**<br>**c/o Linebarger Goggan**<br>**PO Box 06152**<br>**Chicago, IL 60606-0152** | | - | DATE INCURRED:  **11/2010**<br>CONSIDERATION:<br>**Parking Violation**<br>REMARKS: | | | | **$122.00** |
| ACCT #:  **5424-1808-5787-5782**<br>**Citibank**<br>**PO Box 6415**<br>**The Lakes, NV  88901-6415** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$15,035.00** |
| ACCT #:<br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS: | | | | **$841.00** |
| ACCT #:  **05 0407 39921**<br>**Credit Collection Services**<br>**Two Wells Ave.**<br>**Dept. 9133**<br>**Newton, MA 02459** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - American Family Insurance**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **34740288**<br>**Credit Management**<br>**4200 International Pkwy.**<br>**Carrolton, TX 75007** | | - | DATE INCURRED:  **08/2007**<br>CONSIDERATION:<br>**Collecting for - Comcast**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **1321783002**<br>**Credit Protection Assoc.**<br>**Attn: Bankruptcy**<br>**PO Box 802068**<br>**Dallas, TX 75380** | | | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Collecting for - Comcast**<br>REMARKS: | | | | **$0.00** |

Sheet no. _____**3**_____ of _____**13**_____ continuation sheets attached to          Subtotal >          | **$15,998.00** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisol Pena**                                       Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **J17292M33149** <br> **Diversified Services Group** <br> **1824 W. Grand Ave.  Ste. 200** <br> **Chicago, IL 60622** | | - | DATE INCURRED:  **08/2008** <br> CONSIDERATION: <br> **Collecting for - Rush-Copley** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Edward Hospital** <br> **PO Box 4207** <br> **Carol Stream, IL 60197-4207** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill(s)** <br> REMARKS: | | | | **$457.00** |
| ACCT #:  **32895401** <br> **Enhanced Recovery Corp.** <br> **8014 Bayberry Rd.** <br> **Jacksonville, FL 32256** | | | DATE INCURRED:  **06/2010** <br> CONSIDERATION: <br> **Collecting for - T-Mobile** <br> REMARKS: | | | | **$0.00** |
| ACCT #:  **45778099** <br> **Enhanced Recovery Corp.** <br> **8014 Bayberry Rd.** <br> **Jacksonville, FL 32256** | | - | DATE INCURRED:  **02/2011** <br> CONSIDERATION: <br> **Collecting for - AT&T** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **DX1502V9F** <br> **Enterprise Rent-A-Car** <br> **1050 N. Lombard Rd.** <br> **Lombard, IL 60148** | | - | DATE INCURRED:  **10/2008** <br> CONSIDERATION: <br> **Collection on Account** <br> REMARKS: | | | | **$282.00** |
| ACCT #:  **65988329** <br> **ER Solutions** <br> **PO Box 9004** <br> **Renton, WA 98057** | | | DATE INCURRED:  **01/2010** <br> CONSIDERATION: <br> **Collecting for - Sprint** <br> REMARKS: | | | | **$0.00** |

Sheet no. ___**4**___ of ___**13**___ continuation sheets attached to          Subtotal >          **$739.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >

                         **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisol Pena**                                    Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **00010336247**<br>**Fair Share Plus Cash Management**<br>**PO Box 340090**<br>**Boston, MA 02241-0490** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS: | | | | **$1,762.00** |
| ACCT #:<br>**Farnsworth Dental Group**<br>**1780 N. Farnsworth Ave.**<br>**Aurora, IL 60505** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Dental Bill**<br>REMARKS: | | | | **$477.00** |
| ACCT #:  **8116767**<br>**First Revenue Assurance**<br>**PO Box 3020**<br>**Albuquerque, NM 87110** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - HSBC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Fox River Foot & Ankle**<br>**3963 US Highway 34**<br>**Oswego, IL 60543** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | **$49.00** |
| ACCT #:  **1018787025**<br>**Franklin Collection Service**<br>**2978 W. Jackson St.**<br>**Tupelo, MS 38801** | | - | DATE INCURRED:  **03/2011**<br>CONSIDERATION:<br>**Collecting for - AT&T**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**GMAC Mortgage**<br>**Attn:  Bankruptcy Dept.**<br>**1100 Virginia Dr.**<br>**Ft. Washington, PA 19034** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage**<br>REMARKS:<br>**Short sale in 2009** | | | | **Notice Only** |

Sheet no. ___**5**___ of ___**13**___ continuation sheets attached to                          Subtotal >          **$2,288.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marisol Pena**                                      Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **G002ENL2000662045**<br>**Greentree & Associates**<br>**PO Box 3417**<br>**Escondido, CA 92033** | | - | DATE INCURRED:  **02/2009**<br>CONSIDERATION:<br>**Collecting for - ERAC - Lombard**<br>REMARKS: | | | | **$282.00** |
| ACCT #:  **5176690006008861**<br>**HSBC Bank**<br>**Attn.: Bankruptcy**<br>**PO Box 5895**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **02/06/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$8,151.00** |
| ACCT #:  **898836*1**<br>**Hudson & Keyse, LLC**<br>**382 Blackbrook Rd.**<br>**Painesville, OH 44077** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Beneficial/HFC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **088400000530344**<br>**IC System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**St. Paul, MN 55164-0887** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - WaMu**<br>REMARKS: | | | | **$164.00** |
| ACCT #:  **9558931001**<br>**IC System, Inc.**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | | - | DATE INCURRED:  **06/2006**<br>CONSIDERATION:<br>**Collecting for - Farnsworth Dental**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **9721307001**<br>**IC System, Inc.**<br>**PO Box 64378**<br>**Saint Paul, MN 55164** | | | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Collecting for - Fox River Foot & Ankle**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**6**_____ of _____**13**_____ continuation sheets attached to                                    Subtotal >          **$8,597.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisol Pena**                                      Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **IL 3630750**<br>**Illinois State Toll Authority**<br>**2700 Ogden Ave.**<br>**Downers Grove, IL 60515** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Toll Violation**<br>REMARKS: | | | | **$2,475.00** |
| ACCT #:  **xxx-xx-6162**<br>**ISAC**<br>**1755 Lake Cook Rd.**<br>**Deerfield, IL 60015** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$3,308.00** |
| ACCT #:<br>**J.S. Paluch Co.**<br>**3708 River Rd.   #400**<br>**Franklin Park, IL 60131-2158** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS:<br>**Debt of Nouveau Richie** | | | | **$197.00** |
| ACCT #:<br>**Laboratory Corp. of America**<br>**1020 .E Ogden Ave.   #208**<br>**Naperville, IL 60563-8610** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | **$77.00** |
| ACCT #:<br>**Law Offices of Charles R. Rea**<br>**115 E. South St.**<br>**Plano, IL 60545** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Attorneys Fees**<br>REMARKS: | | | | **$15,000.00** |
| ACCT #:  **4447962123412078**<br>**LVNV Funding, LLC**<br>**PO Box 740281**<br>**Houston, TX 77274** | | | DATE INCURRED:  **04/2008**<br>CONSIDERATION:<br>**Collecting for - Marin**<br>REMARKS: | | | | **$995.00** |

Sheet no. ____**7**____ of ____**13**____ continuation sheets attached to                          Subtotal >                **$22,052.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marisol Pena**                                           Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **6032203580161700** <br> **LVNV Funding, LLC** <br> **PO Box 740281** <br> **Houston, TX 77274** | | - | DATE INCURRED: **04/2008** <br> CONSIDERATION: <br> **Collecting for - GE Capital (Wal-Mart)** <br> REMARKS: | | | | **$876.00** |
| ACCT #: **7250669** <br> **McLeod USA** <br> **PO Box 3243** <br> **Milwaukee, WI 53201-3243** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Debt is for First Financial Mortgage.** <br> **Unknown if the is personal gaurantee.** | | | | **Notice Only** |
| ACCT #: **8071221739 & 8070020067** <br> **Merchants Credit Bureau** <br> **223 W. Jackson Blvd.** <br> **Chicago, IL 60606** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Edward Hospital** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **8062780469** <br> **Merchants Credit Bureau** <br> **223 W. Jackson Blvd.** <br> **Chicago, IL 60606** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - DuPage Medical Group** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **8529728045** <br> **Midland Credit Management** <br> **PO Box 939019** <br> **San Diego, CA 92193** | | - | DATE INCURRED: **11/2008** <br> CONSIDERATION: <br> **Collecting for - Citibank** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **8529799418** <br> **Midland Credit Management** <br> **PO Box 939019** <br> **San Diego, CA 92193** | | | DATE INCURRED: **11/2008** <br> CONSIDERATION: <br> **Collecting for - Citibank** <br> REMARKS: | | | | **Notice Only** |

Sheet no. _____**8**_____ of _____**13**_____ continuation sheets attached to          Subtotal >          **$876.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                        **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marisol Pena**                                          Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **3008339**<br>**Monitronics**<br>**PO Box 814530**<br>**Dallas, TX 75381-4530** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection on Account**<br>REMARKS: | | | | **$320.00** |
| ACCT #:  **355626162**<br>**Naperville Pediatric Assoc.**<br>**10 W. Martin Ave.   #2**<br>**Naperville, IL 60540** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | **$138.00** |
| ACCT #:  **7J9P1E**<br>**NCO Financial Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Sprint**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **IW9977**<br>**NCO Financial Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citi**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **6R7J7K**<br>**NCO Financial Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citizens Bank**<br>REMARKS: | | | | **$861.00** |
| ACCT #:<br>**NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Dr.   #300**<br>**Matteson, IL 60443** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Ill. State Toll Authority**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**9**____ of ____**13**____ continuation sheets attached to                         Subtotal >   | **$1,319.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marisol Pena**                                          Case No. _____
                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5491065010933602** <br> **New Millennium Bank** <br> **57 Livingston Ave.** <br> **New Brunswick, NJ 08901** | | - | DATE INCURRED:  **08/2007** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$122.00** |
| ACCT #:  **21-25-45-5539 0** <br> **Nicor** <br> **1844 Ferry Rd.** <br> **Naperville, IL 60563** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Utility Bill** <br> REMARKS: | | | | **$1,570.00** |
| ACCT #:  **F46991595** <br> **Northland Group, Inc.** <br> **PO Box 390846** <br> **Edina, MN  55439** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - HSBC** <br> REMARKS: <br> **Original Acct.: **** **** **** 8861** | | | | **$0.00** |
| ACCT #:  **773433 & 959688** <br> **Palisades Collection** <br> **Attn: Bankruptcy** <br> **3348 Ridge Rd.** <br> **Lansing, IL 60438** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - City of Aurora Ambulance** <br> REMARKS: | | | | **$354.00** |
| ACCT #: <br> **Peoples Energy** <br> **Special Projects** <br> **130 E. Randolph** <br> **Chicago, IL 60601-6207** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Utility Bill** <br> REMARKS: | | | | **$900.00** |
| ACCT #:  **GC18261** <br> **Pinnacle Credit Service** <br> **PO Box 640** <br> **Hopkins, MN 55343** | | | DATE INCURRED:  **01/2009** <br> CONSIDERATION: <br> **Collecting for - Verizon Wireless** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**10**____ of ____**13**____ continuation sheets attached to                    Subtotal >   |   **$2,946.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                    **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marisol Pena**                                    Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **69291969-10**<br>**Plaza Associates**<br>**JAF Station**<br>**PO Box 2769**<br>**New York, NY 10116-2769** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - HSBC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **4862367208573776**<br>**Portfolio Recovery**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | - | DATE INCURRED:  **04/2008**<br>CONSIDERATION:<br>**Collecting for - Capital One**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **4313027332508495**<br>**Portfolio Recovery Associates, LLC**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | | DATE INCURRED:  **11/2007**<br>CONSIDERATION:<br>**Collecting for - Bank of America (MBNA)**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **0016023854**<br>**Progressive Management Systems**<br>**1521 W. Cameron Ave.**<br>**PO Box 2220**<br>**West Covina, CA 91793-9917** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Verizon Wireless**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **834R4412204 & 88R400000530344**<br>**RJM Acquisitions, LLC**<br>**575 Underhill Blvd Suite 224**<br>**Syosset, NY 11791** | | - | DATE INCURRED:  **11/2008**<br>CONSIDERATION:<br>**Collecting for - Charter One/WaMu**<br>REMARKS: | | | | **$1,400.00** |
| ACCT #:<br>**Rush-Copley Medical Center**<br>**PO Box 352**<br>**Aurora, IL 60507-0352** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | **$326.00** |

Sheet no. _____**11**_____ of _____**13**_____ continuation sheets attached to                    Subtotal >     | **$1,726.00** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marisol Pena**                                              Case No. _____
                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **92431** <br> **Security Credit Service** <br> **2653 West Oxford Loop** <br> **Suite 108** <br> **Oxfods, MS 38655** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - HSBC** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **314054952** <br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL 60197-4191** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Phone Bill** <br> REMARKS: | | | | **$1,364.00** |
| ACCT #: <br> **Sylvan Learning Center** <br> **452 N. Eola Rd.  #A** <br> **Aurora, IL 60502** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Educational** <br> REMARKS: | | | | **$500.00** |
| ACCT #: <br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Phone Bill** <br> REMARKS: | | | | **$1,291.00** |
| ACCT #: **0039058033713700001** <br> **The CBE Group, Inc.** <br> **Payment Processing Center** <br> **PO Box 2038** <br> **Waterloo, IA 50704-2038** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Verizon Wireless** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **The Turning Point, Inc.** <br> **PO Box 1867** <br> **Sedona, AZ 86339** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Collection on Account** <br> REMARKS: | | | | **$200.00** |

Sheet no. ____**12**____ of ____**13**____ continuation sheets attached to                    Subtotal >      | **$3,355.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
                         **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marisol Pena**                                      Case No.  _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **09131307**<br>**United Recovery Systems**<br>**PO Box 722929**<br>**Houston, TX 77272-2929** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Capital One**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Valley Imaging Consultants**<br>**6910 S. Madsion St.**<br>**Willowbrook, IL 60527-5504** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | **$72.00** |
| ACCT #:  **0039058033713700001**<br>**Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Phone Bill**<br>REMARKS: | | | | **$497.00** |
| ACCT #:  **IL 3630750**<br>**Village of Melrose Park**<br>**1000 N. 25th Ave.**<br>**Melrose Park, IL 60160** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Moving Violation**<br>REMARKS: | | | | **$300.00** |
| ACCT #:  **1004129295**<br>**Zenith Acquisition**<br>**220 John Glenn Dr.   #1**<br>**Amherst, NY 14228** | | - | DATE INCURRED:  **06/2008**<br>CONSIDERATION:<br>**Collecting for - Tribute Mastercard**<br>REMARKS: | | | | **$740.00** |
| | | | | | | | |

Sheet no. ____**13**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$1,609.00** |
|---|---|---|
|  | Total > | **$76,340.00** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 201B (Form 201B)  (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Marisol Pena**

Case No. _____

Chapter _____ **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Marisol Pena**                          **X** **/s/ Marisol Pena**                    **6/7/2011**
_____              Signature of Debtor                    Date
Printed Name(s) of Debtor(s)

                                          **X** _____
Case No. (if known) _____          Signature of Joint Debtor (if any)       Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____ **David Linde** _____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ David Linde**
_____
David Linde, Attorney for Debtor(s)
Bar No.: 6209104
The Fox Valley Legal Group, LLC
1444 N. Farnsworth Ave.
Suite 113
Aurora, IL 60505
Phone: (630) 898-6500
Fax: (630) 405-6784

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under
Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes
briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four
types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the
Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an
attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal
advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you
receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in
your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each
spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of
each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court
requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on
or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides
assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The
briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be
provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.
The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each
debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management
instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management
instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:   Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose
debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted
to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in
some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion
requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should
be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take
possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have
committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it
does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be
responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property
settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not
properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or
aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty,
or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Marisol Pena**                                      CASE NO

                                                      CHAPTER    **7**


# VERIFICATION OF CREDITOR MATRIX


   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.



Date  6/7/2011 _____          Signature _/s/ Marisol Pena_____
                                                    *Marisol Pena*



Date _____          Signature _____

Academy Collection Service
10965 Decatur Rd.
Philadelphia, PA 19154-3210

Ballys Total Fitness Corp.
12440 E. Imperial Hwy.   Suite
Norwalk, CA 90650

Comcast
PO Box 3002
Southeastern, PA 19398

ADT Security Services
PO Box 650485
Dallas, TX 75265-0485

Bank of America
Attn: Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC 27410

Credit Collection Services
Two Wells Ave.
Dept. 9133
Newton, MA 02459

Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154

Bay Area Credit Service, LLC
1901 W. 10th St.
Antioch, CA 94509

Credit Management
4200 International Pkwy.
Carrolton, TX 75007

AMCA Collection Agency
PO Box 1235
Elmsford, NY 10523-0935

Beneficial / HFC
Attn: Bankruptcy
PO Box 3425
Buffalo, NY 14240

Credit Protection Assoc.
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380

American Family Insurance
Madison, WI 53777-0001

Blatt Hasenmiller Leibsker & Mo
125 S. Wacker   Suite 400
Chicago, IL 60606

Diversified Services Group
1824 W. Grand Ave.   Ste. 200
Chicago, IL 60622

Argent Healthcare Financial
7650 Magna Dr.
Belleville, IL 62223

Brennan & Clark, Ltd.
721 E. Madison   Ste. 200
Villa Park, IL 60181

Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

Capital One, N.A.
Attn.:  Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Enhanced Recovery Corp.
8014 Bayberry Rd.
Jacksonville, FL 32256

Associated Creditors Exchange
3443 N. Central Ave.   Ste. 110
Phoenix, AZ 85012

CCA
PO Box 439
Norwell, MA 02061-0439

Enterprise Rent-A-Car
1050 N. Lombard Rd.
Lombard, IL 60148

AT&T
PO Box 1857
Alpharetta, GA 30023

Chicago Dept. of Revenue
c/o Linebarger Goggan
PO Box 06152
Chicago, IL 60606-0152

Equifax
PO Box 740256
Atlanta, GA 30374

ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895

Citibank
PO Box 6415
The Lakes, NV  88901-6415

ER Solutions
PO Box 9004
Renton, WA 98057

Experian
PO Box 9554
Allen, TX 75013-9554

IC System, Inc.
444 Highway 96 East
PO Box 64887
St. Paul, MN 55164-0887

Midland Credit Management
PO Box 939019
San Diego, CA 92193

Fair Share Plus Cash Management
PO Box 340090
Boston, MA 02241-0490

IC System, Inc.
PO Box 64378
Saint Paul, MN 55164

Monitronics
PO Box 814530
Dallas, TX 75381-4530

Farnsworth Dental Group
1780 N. Farnsworth Ave.
Aurora, IL 60505

Illinois State Toll Authority
2700 Ogden Ave.
Downers Grove, IL 60515

Naperville Pediatric Assoc.
10 W. Martin Ave.   #2
Naperville, IL 60540

First Revenue Assurance
PO Box 3020
Albuquerque, NM 87110

ISAC
1755 Lake Cook Rd.
Deerfield, IL 60015

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA 19044

Fox River Foot & Ankle
3963 US Highway 34
Oswego, IL 60543

J.S. Paluch Co.
3708 River Rd.   #400
Franklin Park, IL 60131-2158

NCO Financial Systems, Inc.
600 Holiday Plaza Dr.   #300
Matteson, IL 60443

Franklin Collection Service
2978 W. Jackson St.
Tupelo, MS 38801

Laboratory Corp. of America
1020 .E Ogden Ave.   #208
Naperville, IL 60563-8610

New Millennium Bank
57 Livingston Ave.
New Brunswick, NJ 08901

GMAC Mortgage
Attn:  Bankruptcy Dept.
1100 Virginia Dr.
Ft. Washington, PA 19034

Law Offices of Charles R. Rea
115 E. South St.
Plano, IL 60545

Nicor
1844 Ferry Rd.
Naperville, IL 60563

Greentree & Associates
PO Box 3417
Escondido, CA 92033

LVNV Funding, LLC
PO Box 740281
Houston, TX 77274

Northland Group, Inc.
PO Box 390846
Edina, MN  55439

HSBC Bank
Attn.: Bankruptcy
PO Box 5895
Carol Stream, IL 60197

McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243

Palisades Collection
Attn: Bankruptcy
3348 Ridge Rd.
Lansing, IL 60438

Hudson & Keyse, LLC
382 Blackbrook Rd.
Painesville, OH 44077

Merchants Credit Bureau
223 W. Jackson Blvd.
Chicago, IL 60606

Peoples Energy
Special Projects
130 E. Randolph
Chicago, IL 60601-6207

Pinnacle Credit Service
PO Box 640
Hopkins, MN 55343

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Plaza Associates
JAF Station
PO Box 2769
New York, NY 10116-2769

The CBE Group, Inc.
Payment Processing Center
PO Box 2038
Waterloo, IA 50704-2038

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

The Turning Point, Inc.
PO Box 1867
Sedona, AZ 86339

Portfolio Recovery Associates, :
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Trans Union
PO Box 6790
Fullerton, CA 92834

Progressive Management Systems
1521 W. Cameron Ave.
PO Box 2220
West Covina, CA 91793-9917

United Recovery Systems
PO Box 722929
Houston, TX 77272-2929

RJM Acquisitions, LLC
575 Underhill Blvd Suite 224
Syosset, NY 11791

Valley Imaging Consultants
6910 S. Madsion St.
Willowbrook, IL 60527-5504

Rush-Copley Medical Center
PO Box 352
Aurora, IL 60507-0352

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Security Credit Service
2653 West Oxford Loop
Suite 108
Oxfods, MS 38655

Village of Melrose Park
1000 N. 25th Ave.
Melrose Park, IL 60160

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

Zenith Acquisition
220 John Glenn Dr.   #1
Amherst, NY 14228

Sylvan Learning Center
452 N. Eola Rd.   #A
Aurora, IL 60502